# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENISE F. BARRIOS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-5487-MLCF-SS** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY** | |

## REPORT AND RECOMMENDATION

The plaintiff, Denise Barrois, filed a complaint for judicial review, pursuant to Section 405(g) of the Social Security Act (the "Act"), of the final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her claim for benefits. Rec. doc. 1. Ms. Barrois is proceeding without the assistance of counsel. The Commissioner filed an answer. Rec. doc. 9. Ms Barrios filed a motion to dismiss her complaint. She reports that she will file a new application for benefits. Rec. doc. 12.

## RECOMMENDATION

IT IS RECOMMENDED that Ms. Barrois' motion to dismiss (Rec. doc. 12 be GRANTED and her complaint be dismissed with prejudice.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court,

provided that the party has been served with notice that such consequences will result from a failure to object.  Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 9th day of February, 2010.

**SALLY SHUSHAN**
**United States Magistrate Judge**