FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR 12 PM 5: 01

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DENISE F. BARRIOS     CIVIL ACTION

VERSUS     NO: 09-5487-MLCF-SS

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the plaintiff, Denise Barrios, to dismiss (Rec. doc. 12) is granted.

New Orleans, Louisiana, this _____ day of _____, 2010.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____